**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Gregory Buchanan                       CHAPTER 13

                   Debtor(s)

                                            BKY. NO. 23-12406 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Village Capital & Investment, LLC and index same on the master mailing list.

                                                        Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
16 Aug 2023, 17:56:37, EDT

                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322