**UNITED STATES BANKRUPTCY COURT**
**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gregory Buchanan, | Bankruptcy No. 23-12406-pmm |
| Debtor | Chapter 13 |

### ORDER

AND NOW, it is hereby ORDERED that the Motion of the above-named Debtor to Extend Time to File Documents is granted and the Debtor has until September 5, 2023 to file the missing documents.

Dated: 8/25/23

BY THE COURT:

_____
Patricia M. Mayer
United States Bankruptcy Judge