## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Gregory Buchanan,　　　　　　　Bankruptcy No. 23-12406-pmm
　　　　Debtor　　　　　　　　　　　　Chapter 13

### ORDER

AND NOW, it is hereby ORDERED that the Motion of the above-named Debtor to Extend Time to File Documents is granted and the Debtor has until September 18, 2023 to file the missing documents.

Dated: 9/6/23　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Patricia M. Mayer*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Patricia M. Mayer
　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge