Gregory Buchanan
4 Chaser Ct
Reading, PA 19607

Phone Number:
SSN: XXX-XX-XXXX

| | |
|---|---|
| Emp No | 0AB4J |
| Location | BER |
| Labor Type | HAUL |
| EE Types | DR |
| Job Class | 5 |
| AR # | SOL1005 |

| | |
|---|---|
| Check No. | 49165970 |
| Check Date | 08/11/2023 |
| Period Start | 07/30/2023 |
| Period End | 08/05/2023 |
| Pay Group | SWS |
| Pay Rate | 168.00 |
| Job | RLD |

## EARNINGS

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus | | | | |
| Daily Pay | | | | 1400.00 |
| Extra Work Pay | 1.00 | 210.00 | 210.00 | 37380.00 |
| Holiday | | | | 341.46 |
| Sick Pay | | | | 672.00 |
| Vacation | | | | 168.00 |
| Weekly Hrs | 4.00 | 168.00 | 672.00 | 840.00 |
| Weighted OT | 7.83 | | | |
| | | | | 1362.51 |
| Totals | 7.8300 | | 882.00 | 42163.97 |

## TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Exeter | | |
| Exeter Twp | 8.15 | 400.0 |
| Exeter Twp Sd | 0.81 | 25.9 |
| Pa State Income Tax | 0.19 | 6.0 |
| Pa Unemployment Emp | 25.01 | 1228.2 |
| Federal Income Tax | 0.62 | 29.1 |
| Employee Medicare | 22.04 | 2786.8 |
| Social Security Emp | 11.81 | 580.1 |
| | 50.50 | 2480.4 |
| Totals | 119.13 | 7536.92 |

## EMPLOYEE ACCRUALS

| Desc. | Balance | Taken | Remaining |
|---|---|---|---|
| ILLNES | 0.00 | 2.00 | |
| VACAT | 6.42 | 5.00 | |

## DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| AD&D | 0.08 | 2.56 |
| Dental | 5.11 | 163.52 |
| Basic EE Life | | |
| Medical | 62.29 | 1993.28 |
| EE Sup Life | 1.73 | 55.36 |
| LTD | 16.40 | 524.80 |
| STD | 9.08 | 290.56 |
| 401K | 8.82 | 421.68 |

## EMPLOYER AMOUNTS

| Current | YTD |
|---|---|
| 0.88 | 28.16 |
| 99.12 | 3171.84 |

## NET PAY DISTRIBUTION

| Type | Acct Number | Amount |
|---|---|---|
| S | XXXX2182 | 100.00 |

* Balance on Hold

| | GROSS | TAXES | DEDS | NET PAY | | |
|---|---|---|---|---|---|---|
| CURRENT | 882.00 | 119.13 | 103.51 | 659.36 | Total Net Pay | 659.36 |
| YTD | 42163.97 | 7536.92 | 3451.76 | 31175.29 | Check Amount | 559.36 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

| Gregory Buchanan | | Emp No | 0AB4J | Check No. | 48041949 |
| 4 Chaser Ct | | Location | BER | Check Date | 07/21/2023 |
| Reading, PA 19607 | | Labor Type | HAUL | Period Start | 07/09/2023 |
| | | EE Types | DR | Period End | 07/15/2023 |
| | | Job Class | 5 | Pay Group | SWS |
| Phone Number: | | | | Pay Rate | 168.00 |
| SSN: XXX-XX-XXXX | | AR # | SOL1005 | Job | RLD |

| EARNINGS | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|
| Pay Type | Hours | Pay Rate | Current | YTD | Tax Code | Current | YTD |
| Bonus | | | 50.00 | 1300.00 | Exeter | 14.01 | 366.45 |
| Daily Pay | 6.00 | 210.00 | 1260.00 | 34650.00 | Exeter Twp | 0.81 | 23.49 |
| Extra Work Pay | | | | 341.46 | Exeter Twp Sd | 0.19 | 5.51 |
| Holiday | | | | 672.00 | Pa State Income Tax | 43.01 | 1125.00 |
| Sick Pay | | | | 168.00 | Pa Unemployment Emp | 1.03 | 26.69 |
| Vacation | | | | 168.00 | Federal Income Tax | 117.70 | 2584.78 |
| Weekly Hrs | 52.76 | | | | Employee Medicare | 20.32 | 531.35 |
| Weighted OT | 12.76 | 12.41 | 158.41 | 1299.73 | Social Security Emp | 86.86 | 2271.96 |
| | | Totals 52.7600 | 1468.41 | 38599.19 | Totals | 283.93 | 6935.23 |

| EMPLOYEE ACCRUALS | | | | DEDUCTIONS | | EMPLOYER AMOUNTS | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Desc. | Balance | Taken | Remaining | Description | Current YTD | Current | YTD | Type | Acct Number | Amount |
| ILLNES | 0.00 | 2.00 | | LTD | 16.40 475.60 | | | C | XXXX1277 | 700.00 |
| VACAT | 9.83 | 1.00 | | 401K | 14.68 386.03 | | | S | XXXX2182 | 100.00 |
| | | | | Medical | 62.29 1806.41 | 99.12 | 2874.48 | | | |
| | | | | EE Sup Life | 1.73 50.17 | | | | | |
| | | | | Basic EE Life | | 0.88 | 25.52 | | | |
| | | | | AD&D | 0.08 2.32 | | | | | |
| | | | | Dental | 5.11 148.19 | | | | | |
| | | | | STD | 9.08 263.32 | | | | | |

* Balance on Hold

| | GROSS | TAXES | DEDS | NET PAY | | |
|---|---|---|---|---|---|---|
| CURRENT | 1468.41 | 283.93 | 109.37 | 1075.11 | Total Net Pay | 1075.11 |
| YTD | 38599.19 | 6935.23 | 3132.04 | 28531.92 | Check Amount | 275.11 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

| Gregory Buchanan<br>4 Chaser Ct<br>Reading, PA 19607<br><br>Phone Number:<br>SSN: XXX-XX-XXXX | | | Emp No<br>Location<br>Labor Type<br>EE Types<br>Job Class<br><br>AR # | 0AB4J<br>BER<br>HAUL<br>DR<br>5<br><br>SOL1005 | Check No.<br>Check Date<br>Period Start<br>Period End<br>Pay Group<br>Pay Rate<br>Job | 48744872<br>07/28/2023<br>07/16/2023<br>07/22/2023<br>SWS<br>168.00<br>RLD |
|---|---|---|---|---|---|---|

### EARNINGS

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus | | | | |
| Daily Pay | | | 50.00 | 1350.00 |
| Extra Work Pay | 6.00 | 210.00 | 1260.00 | 35910.00 |
| Holiday | | | | 341.46 |
| Sick Pay | | | | 672.00 |
| Vacation | | | | 168.00 |
| Weekly Hrs | 44.24 | | | 168.00 |
| Weighted OT | 4.24 | 14.81 | 62.78 | 1362.51 |
| **Totals** | **44.2400** | | **1372.78** | **39971.97** |

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Exeter | 13.05 | 379.5 |
| Exeter Twp | 0.81 | 24.3 |
| Exeter Twp Sd | 0.19 | 5.7 |
| Pa Unemployment Emp | 0.96 | 27.6 |
| Federal Income Tax | 96.86 | 2681.6 |
| Employee Medicare | 18.92 | 550.2 |
| Social Security Emp | 80.94 | 2352.9 |
| Pa State Income Tax | 40.08 | 1165.0 |
| **Totals** | **251.81** | **7187.04** |

### EMPLOYEE ACCRUALS

| Desc. | Balance | Taken | Remaining |
|---|---|---|---|
| ILLNES | 0.00 | 2.00 | |
| VACAT | 10.42 | 1.00 | |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K | 13.73 | 399.76 |
| STD | 9.08 | 272.40 |
| LTD | 16.40 | 492.00 |
| Dental | 5.11 | 153.30 |
| Basic EE Life | | |
| EE Sup Life | 1.73 | 51.90 |
| AD&D | 0.08 | 2.40 |
| Medical | 62.29 | 1868.70 |

### EMPLOYER AMOUNTS

| Current | YTD |
|---|---|
| 0.88 | 26.40 |
| 99.12 | 2973.60 |

### NET PAY DISTRIBUTION

| Type | Acct Number | Amount |
|---|---|---|
| C | XXXX1277 | 700.00 |
| S | XXXX2182 | 100.00 |

* Balance on Hold

| | GROSS | TAXES | DEDS | NET PAY | |  |
|---|---|---|---|---|---|---|
| CURRENT | 1372.78 | 251.81 | 108.42 | 1012.55 | Total Net Pay | |
| YTD | 39971.97 | 7187.04 | 3240.46 | 29544.47 | Check Amount | 1012.55<br>212.55 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

Gregory Buchanan
4 Chaser Ct
Reading, PA 19607

Phone Number:
SSN: XXX-XX-XXXX

| | | |
|---|---|---|
| Emp No | 0AB4J | Check No. 47887708 |
| Location | BER | Check Date 07/14/2023 |
| Labor Type | HAUL | Period Start 07/02/2023 |
| EE Types | DR | Period End 07/08/2023 |
| Job Class | 5 | Pay Group SWS |
| AR # | SOL1005 | Pay Rate 168.00 |
| | | Job RLD |

### EARNINGS

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus | | | 50.00 | 1250.00 |
| Daily Pay | 5.00 | 210.00 | 1050.00 | 33390.00 |
| Extra Work Pay | | | | 341.46 |
| Holiday | 1.00 | 168.00 | 168.00 | 672.00 |
| Sick Pay | | | | 168.00 |
| Vacation | | | | 168.00 |
| Weekly Hrs | 39.07 | | | |
| Weighted OT | | | | 1141.32 |

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Exeter | 12.01 | 352.4 |
| Exeter Twp | 0.81 | 22.6 |
| Exeter Twp Sd | 0.19 | 5.3 |
| Pa State Income Tax | 36.86 | 1081.9 |
| Pa Unemployment Emp | 0.89 | 25.6 |
| Federal Income Tax | 74.04 | 2467.0 |
| Employee Medicare | 17.41 | 511.0 |
| Social Security Emp | 74.44 | 2185.1 |

Totals 39.0700    1268.00    37130.78    Totals    216.65    6651.30

### EMPLOYEE ACCRUALS

| Desc. | Balance | Taken | Remaining |
|---|---|---|---|
| ILLNES | 0.00 | 2.00 | |
| VACAT | 9.83 | 1.00 | |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K | 12.68 | 371.35 |
| AD&D | 0.08 | 2.24 |
| Basic EE Life | | |
| Dental | 5.11 | 143.08 |
| Medical | 62.29 | 1744.12 |
| EE Sup Life | 1.73 | 48.44 |
| LTD | 16.40 | 459.20 |
| STD | 9.08 | 254.24 |

### EMPLOYER AMOUNTS

| | Current | YTD |
|---|---|---|
| | 0.88 | 24.64 |
| | 99.12 | 2775.36 |

### NET PAY DISTRIBUTION

| Type | Acct Number | Amount |
|---|---|---|
| C | XXXX1277 | 700.00 |
| S | XXXX2182 | 100.00 |

* Balance on Hold

| | GROSS | TAXES | DEDS | NET PAY | | |
|---|---|---|---|---|---|---|
| CURRENT | 1268.00 | 216.65 | 107.37 | 943.98 | Total Net Pay | 943.98 |
| YTD | 37130.78 | 6651.30 | 3022.67 | 27456.81 | Check Amount | 143.98 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼