# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gregory Buchanan<br>                    Debtor(s) | CHAPTER 13 |
| Village Capital & Investment, LLC<br>                    Movant<br>      vs.<br>Gregory Buchanan<br>                    Debtor(s) | NO. 23-12406 PMM |
| Scott F. Waterman<br>                    Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this 6th day of February, 2024 at Reading, upon consideration of Movant's Motion to Approve PARTIAL CLAIM, it is ORDERED AND DECREED that:

The Motion is granted and the PARTIAL CLAIM Agreement executed on 12/20/23 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

*Patricia M. Mayer*

Honorable Patricia M. Mayer
United States Bankruptcy Judge.