# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gregory Buchanan<br>      Debtor<br><br>Village Capital & Investment, LLC, its successors and/or assignees<br>      Movant<br>  vs.<br>Gregory Buchanan<br>      Debtor<br><br>Scott F. Waterman<br>      Trustee | CHAPTER 13<br><br>NO. 23-12406 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Village Capital & Investment, LLC, which was filed with the Court on or about November 14, 2023.

Dated: February 27, 2024

                 Respectfully submitted,

                 /s/Michael P. Farrington
                 Michael P. Farrington, Esq.
                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA  19106
                 Phone: (215) 627-1322
                 mfarrington@kmllawgroup.com