United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Gregory Buchanan  
    Debtor

Case No. 23-12406-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 3
Date Rcvd: Feb 29, 2024 | Form ID: 155 | Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory Buchanan, 4 Chaser Court, Reading, PA 19607-9718 |
| 14806417 | + | U Drive Acpt, 1119 4th St, Sioux City, IA 51101-1900 |
| 14807928 | + | VILLAGE CAPITAL & INVESTMENT, LLC, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14806408 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 01 2024 00:37:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14806409 | + | Email/Text: BKPT@cfna.com | Mar 01 2024 00:37:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14806410 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 01 2024 00:49:02 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14812679 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 01 2024 00:38:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14806411 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 01 2024 00:38:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 14806858 | + | Email/Text: inchargehq@westcreekfin.com | Mar 01 2024 00:38:00 | Koalafi, 424 Hull Street Suite 600, Richmond, VA 23224-4114 |
| 14808411 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2024 00:49:01 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14819659 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 01 2024 00:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14806412 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 01 2024 00:38:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14806414 | + | Email/Text: bankruptcy@ncaks.com | Mar 01 2024 00:37:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 14810682 | | Email/Text: bnc-quantum@quantum3group.com | Mar 01 2024 00:38:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14806415 | | Email/Text: joey@rmscollect.com | Mar 01 2024 00:38:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235 |
| 14806416 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2024 00:49:01 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14808616 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 01 2024 00:48:50 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 29, 2024 | Form ID: 155 | Total Noticed: 24 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | Oklahoma City, OK 73118-7901 |
| 14806742 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 01 2024 00:49:11 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |
| 14815825 | Email/Text: bk@villagecapital.com | Mar 01 2024 00:37:00 | Village Capital & Investment, 2550 Paseo Verde Parkway Suite 100, Henderson, NV 89074 |
| 14806418 | Email/Text: bk@villagecapital.com | Mar 01 2024 00:37:00 | Village Capital & Investments, Llc, Attn: Bankruptcy, 2550 Paseo Verde Parkway, Suite 100, Henderson, NV 89074 |
| 14807848 | ^ MEBN | Mar 01 2024 00:32:21 | Village Capital & Investment, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14807990 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 01 2024 00:48:50 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 14806419 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 01 2024 00:48:50 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 14806420 | + Email/Text: inchargehq@westcreekfin.com | Mar 01 2024 00:38:00 | Westcreek Fi, Attn: Bankruptcy, Po Box 5518, Glen Allen, VA 23058-5518 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14806413 | *+ | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:**

**Name**              **Email Address**

BRENNA HOPE MENDELSOHN
    on behalf of Debtor Gregory Buchanan tobykmendelsohn@comcast.net

MARK A. CRONIN
    on behalf of Creditor VILLAGE CAPITAL & INVESTMENT  LLC bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor VILLAGE CAPITAL & INVESTMENT  LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]

District/off: 0313-4                      User: admin                                    Page 3 of 3
Date Rcvd: Feb 29, 2024                   Form ID: 155                              Total Noticed: 24

        ECFMail@ReadingCh13.com

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | | |
|    Gregory Buchanan ) | | Case No. 23−12406−pmm |
| ) | | |
| ) | | |
|    Debtor(s). ) | | Chapter: 13 |
| ) | | |
| ) | | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: February 29, 2024
                                                                                      For The Court

                                                                                    Patricia M. Mayer
                                                                                    Judge, United States Bankruptcy Court