# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Gregory Buchanan<br>                    Debtor(s) | CHAPTER 13 |
| Village Capital & Investment, LLC<br>                    Movant<br>        vs. | NO. 23-12406 PMM |
| Gregory Buchanan<br>                    Debtor(s) | |
| Scott F. Waterman<br>                    Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this ___12th___ day of ___July___, 2024 at Reading upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
United States Bankruptcy Judge