**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:  Gregory Buchanan,** | : | **Chapter 13** |
| **Debtor** | : | **Bankruptcy No. 23-12406-pmm** |

## ORDER

AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan.

IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $1,250.00 as legal fees from 5/29/24-7/11/24.

BY THE COURT

Dated: 8/5/24

_____
Patricia M. Mayer
U.S. Bankruptcy Judge