UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Gregory Buchanan, | : | Chapter 13 |
| Debtor | : | Bankruptcy No. 23-12406-pmm |

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # _49__, the "Motion");

It is hereby ordered that

1) The Motion is granted; and

2) The Modified Plan (doc. # _48) is approved.

BY THE COURT:

Dated: 8/22/24

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge