| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 23-12406-PMM

Gregory Buchanan  
4 Chaser Court  
Reading  PA  19607

Petition Filed Date: 08/10/2023  
341 Hearing Date: 10/17/2023  
Confirmation Date: 02/29/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/24/2023 | $335.00 | 4860 | 11/29/2023 | $350.00 | 24244 | 12/13/2023 | $350.00 | 4799 - Attorney |
| 02/13/2024 | $150.00 | 4784 | 05/21/2024 | $300.00 | 4819 | 07/29/2024 | $300.00 | 24007 |

**Total Receipts for the Period: $1,785.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,935.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPARTMENT OF HUD »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | KOALAFI »» 002 | Unsecured Creditors | $1,649.15 | $0.00 | $1,649.15 |
| 3 | WELLS FARGO DEALER SERVICES »» 003 | Unsecured Creditors | $18,174.85 | $0.00 | $18,174.85 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $2,639.81 | $0.00 | $2,639.81 |
| 5 | T-MOBILE USA INC »» 005 | Unsecured Creditors | $734.52 | $0.00 | $734.52 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR »» 006 | Unsecured Creditors | $60.00 | $0.00 | $60.00 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR »» 007 | Unsecured Creditors | $306.03 | $0.00 | $306.03 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR »» 008 | Unsecured Creditors | $100.52 | $0.00 | $100.52 |
| 9 | UNITED STATES TREASURY (IRS) »» 09P | Priority Creditors | $1,910.00 | $0.00 | $1,910.00 |
| 10 | UNITED STATES TREASURY (IRS) »» 09U | Unsecured Creditors | $15,168.69 | $0.00 | $15,168.69 |
| 11 | VILLAGE CAPITAL & INVESTMENT »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | MIDLAND CREDIT MANAGEMENT INC »» 011 | Unsecured Creditors | $2,435.92 | $0.00 | $2,435.92 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,725.00 | $1,336.50 | $2,388.50 |
| 23 | U DRIVE ACPT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | CAINE & WEINER CO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CREDIT FIRST NATIONAL ASSOCIATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | FIRST PREMIER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

| 18 | MIDLAND CREDIT MANAGEMENT INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|
| 19 | NATIONAL CREDIT ADJUSTERS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | RECEIVABLE MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | RESURGENT CAPITAL SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | WESTCREEK FI | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | VILLAGE CAPITAL & INVESTMENT »» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,250.00 | $0.00 | $1,250.00 |
| 14 | VILLAGE CAPITAL & INVESTMENT »» 10P | Mortgage Arrears | $10,530.55 | $0.00 | $10,530.55 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,935.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $1,336.50 | Arrearages: | $150.00 |
| Paid to Trustee: | $193.50 | Total Plan Base: | $6,285.00 |
| Funds on Hand: | $405.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.