*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Gregory Buchanan
    Debtor(s)

Case No: 23–12406–pmm

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Debtor's Response to Certification of Default filed by Creditor VILLAGE CAPITAL & INVESTMENT, LLC Filed by Gregory Buchanan

    on: 1/16/25

    at: 11:00 AM

    in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 12/11/24

Timothy B. McGrath
Clerk of Court

72 – 71
Form 167