UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Gregory Buchanan ,                : Chapter 13 Bankruptcy
                                                      : Bankruptcy No. 23-12406-pmm
                          Debtor     : HEARING DATE: February 13, 2025
                                                      : at 10:00 a.m.

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

      Brenna H. Mendelsohn, Esquire of Mendelsohn & Mendelsohn, P.C./Movant has filed a Motion to withdraw as Counsel.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case.  (If you do not have an Attorney, you may wish to consult an Attorney.)**

      1.      If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your review on the Motion, then on or before February 4, 2025, you or your attorney must do all of the following:

            a)      File an Answer explaining your position at:

                  United States Bankruptcy Court
                  Eastern District of Pennsylvania
                  Gateway Building,
                  201 Penn St.,
                  Suite 103
                  Reading, PA 19601

                  If you mail your Answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

            b)      Mail a copy to the Movant's Attorney:

                  Mendelsohn & Mendelsohn, P.C.
                  Attention: Brenna H. Mendelsohn, Esquire
                  637 Walnut Street
                  Reading, PA 19601
                  Telephone: (610) 374-8088
                  Facsimile: (610) 478-1260

      2.      If you or your attorney do not take the steps described in 1a) and 1b) above

              and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3.       A Hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer on February 13, 2025 at 10:00 a.m. Zoom. For Zoom link, see the current Hearing Calendar for the Judge on the Court website." If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1b).

4.       You may contact the Court directly at (610) 208-5040 to find out whether the Hearing has been cancelled because no one filed an Answer.

Dated: January 14, 2025

/s/ Brenna H. Mendelsohn
BRENNA MENDELSOHN, ESQ.
Mendelsohn & Mendelsohn, P.C.
Attorney for Debtor