UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Gregory Buchanan | Chapter 13 |
| Debtor | Case number 23-12406-pmm |

| | |
|---|---|
| Gregory Buchanan | |
|     Plaintiff | |
| Vs | |
| US Department of Housing and Urban Development | Adversary Proceeding No. |
|     Defendant | |

**COMPLAINT SEEKING TO DETERMINE THE EXTENT AND VALIDITY OF SECURED STATUS OF CREDITOR UNDER 11 U.S.C. SECTIONS 502, 506**

    Debtor and Plaintiff, Gregory Buchanan, by and through his Counsel, Brenna H. Mendelsohn, Esquire and Mendelsohn & Mendelsohn, P.C., hereby files this Complaint Seeking to Determine the Extent and Validity of Secured Status of Creditor Under 11 U.S.C. Sections 502, 506, and in support thereof sets forth as follows:

    1. Plaintiff, Gregory Buchanan is the Debtor in the above captioned Chapter 13 proceeding.

    2. Defendant is the Secretary of Housing and Urban Development doing business in the Commonwealth of Pennsylvania.

    3. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. Section 1334(b) as a proceeding under the Bankruptcy Code.

    4. The matters set forth in this Complaint are core proceedings and may be heard by a Bankruptcy Judge pursuant to 28 U.S.C. Section 157(b)(2)(A) and (K).

    5. This is an action brought under those provisions of the Bankruptcy Code, 11 U.S.C. Sections 502(b) and 506(a)(d), allowing the Plaintiff to determine the extent and validity of a Mortgage lien allegedly held by Secretary of Housing and Urban Development, in the residence owned by the Debtor as a fee simple, located at 4 Chaser Court, Shillington, PA 19607 (hereinafter referred to as "the property").

    6. Venue is proper in the Eastern District of Pennsylvania pursuant to 28 U.S.C. Section 1409.

    7. On August 10, 2023, the debtor filed a Petition for Relief under Chapter 13 of the Bankruptcy Code.

8. United States Department of Housing and Urban Development has a Second Mortgage on the property and the balance on the date of recording (9/14/18) was approximately $14,279.59.

9. The debtor has a First Mortgage against the property held by Village Capital & Investment, with an estimated payoff in the amount of $225,000.00, with taxes due for 2024 in the amount of $5448.00 and a water certification of $550.00 and increasing.

10. The value of the property in its current condition is determined to be worth no greater than $230,000 to 240,000.00, or less.  The property was recently looked at by a realtor, who indicated that Debtor's property is not move-in ready and would require a credit or reduction of $20,000 to $30,000 in value for the following reasons outlined by realtor below:

*I went to preview the property 1/15 at 6pm.  The inside is in poor condition.  The wooden deck boards are rotted to the point you can stick an object through some of them.  Inside the flooring is very worn and shows sign of wear throughout, at the seams, as if years of liquid was spilled on them.  Two of the bedrooms are carpeted and in very poor condition with permanent stains.  The paint throughout the house, in many places has blemishes and stains.  Also, there is no central Air as the compressor is missing.*

11. Based on the extensive work necessary and payment of the Mortgage, taxes and water, Debtor avers there is no equity to cover payment of Defendant's Mortgage.

WHEREFORE, Debtor requests judgment against US Department of Housing and Urban Development's claim as unsecured and avoiding the Mortgage and declaring the same to be null and void.

Respectfully Submitted,

Date: January 21, 2025

*By: /s/ Brenna H. Mendelsohn*
Brenna H. Mendelsohn, Esquire
637 Walnut Street
Reading, PA 19601