## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Gregory Buchanan<br>    <u>Debtor(s)</u><br><br>Village Capital & Investment, LLC<br>    <u>Moving Party</u><br>        vs.<br><br>Gregory Buchanan<br>    <u>Debtor(s)</u><br><br>Scott F. Waterman<br>    <u>Trustee</u> | CHAPTER 13<br><br><br>NO. 23-12406 PMM<br><br><br><br>11 U.S.C. Section 362 |

### ORDER

AND NOW, this <u>4th</u> day of <u>February</u>, 2025 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
United States Bankruptcy Judge