# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Gregory Buchanan ,                :        Chapter 13
           Debtor                :        Bankruptcy No. 23-12406-pmm

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # 75, the "Motion");

It is hereby ordered that

1) The Motion is granted; and

2) The Modified Plan (doc. # 96) is approved.

BY THE COURT:

*Patricia M. Mayer*

2/13/25

Patricia M. Mayer
United States Bankruptcy Judge