UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Gregory Buchanan | Chapter 13 |
| Debtor | Bankruptcy No. 23-12406-PMM |

## CERTIFICATE OF NO RESPONSE

I, Brenna H. Mendelsohn, Esquire, and Mendelsohn & Mendelsohn, P.C., attorney for Gregory Buchanan, Chapter 13 Debtor, do hereby certify that I have received no response and none have been filed with the Court from any other Creditor listed on the Matrix, the Chapter 13 Trustee or the United States Trustee for the Motion to Avoid Lien with LVNV Funding LLC and respectfully request that this Honorable Court grant the Application without a Hearing and an Order be entered granting the relief requested.

Respectfully submitted,

BY: */s/ Brenna H. Mendelsohn*
Brenna H. Mendelsohn, Esquire
Mendelsohn & Mendelsohn, P.C.
637 Walnut Street Reading, PA 19601

Dated: February 21, 2025