*Form 167* (1/25)–doc 122 – 121

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>　Gregory Buchanan　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>　Debtor(s).　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　) | Case No. 23–12406–pmm<br><br>Chapter: 13 |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Patricia M. Mayer , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor VILLAGE CAPITAL & INVESTMENT, LLC Filed by Gregory Buchanan

on: 4/24/25

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

Date: April 1, 2025

For The Court

Timothy B. McGrath
Clerk of Court