# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| In Re:  GREGORY BUCHANAN  Debtor(s)  VILLAGE CAPITAL & INVESTMENT, LLC  Movant  v.  GREGORY BUCHANAN  Debtor(s)  SCOTT F. WATERMAN  Trustee  Respondent(s) | Chapter 13  Case Number: 23-12406-pmm |
|---|---|

## O R D E R

AND NOW, this **22nd** day of **April**, 20**25** upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of Village Capital & Investment, LLC and any successor in interest and Debtor, Gregory Buchanan, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow Village Capital & Investment, LLC and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"): **4 Chaser Ct, Reading, PA 19607**.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

*Patricia M. Mayer*
_____
UNITED STATES BANKRUPTCY JUDGE