UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Gregory Buchanan, | : | Chapter 7 |
| Debtor | : | Bky. No. 23-12406 (PMM) |

# O R D E R

**AND NOW,** upon Motion of the Debtor to Avoid a Judicial Lien (doc. #80, the "Motion") held by Lvnv Funding, LLC (the "Respondent") in personal property and/or real property of the Debtor located at 4 Chaser Court, Reading, PA 19607;

**AND**, the Debtor having asserted that the alleged lien arising from the judgment entered at docket number 20-14346 in the Berks County Court of Common Pleas is subject to avoidance pursuant to 11 U.S.C. §522(f);

**AND**, the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, in the real property of the Debtor and/or the personal property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED**.

Date: 4/24/25

_/s/ Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**