IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 13

**Gregory Buchanan,** :

           **Debtor.** : Case No. 23-12406 (PMM)

**ORDER**

**AND NOW**, upon consideration of the Debtor's Motion to Avoid Lien with Deerfield Homeowners Association (doc. #84, the "Motion");

AND a hearing with regard to the Motion having been held and concluded on April 24, 2025;

And for the reasons discussed on the record at the hearing;

It is hereby **ordered** that the Motion is **denied**.

Dated: 4/24/25

*/Patricia M. Mayer/*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**