IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                         :        Chapter 13

**Gregory Buchanan,**                                         :

         Debtor.                                      :        Case No. 23-12406 (PMM)

## ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Avoid Lien with Deerfield Homeowners Association (doc. #88, the "Motion");

AND a hearing with regard to the Motion having been held and concluded on April 24, 2025;

And for the reasons discussed on the record at the hearing;

It is hereby **ordered** that the Motion is **denied**.

Dated: 4/24/25

                                                                         **PATRICIA M. MAYER**
                                                                            **U.S. BANKRUPTCY JUDGE**