United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 23-12406-pmm

Gregory Buchanan                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                         User: admin                              Page 1 of 2

Date Rcvd: Apr 24, 2025                      Form ID: pdf900                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory Buchanan, 4 Chaser Court, Reading, PA 19607-9718 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2025                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | |
| | on behalf of Plaintiff Gregory Buchanan tobykmendelsohn@comcast.net |
| BRENNA HOPE MENDELSOHN | |
| | on behalf of Debtor Gregory Buchanan tobykmendelsohn@comcast.net |
| DANIEL P. JONES | |
| | on behalf of Creditor VILLAGE CAPITAL & INVESTMENT LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor VILLAGE CAPITAL & INVESTMENT LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | |
| | ECFMail@ReadingCh13.com |
| STEVEN K. EISENBERG | |
| | on behalf of Creditor VILLAGE CAPITAL & INVESTMENT LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |

District/off: 0313-4                          User: admin                                    Page 2 of 2
Date Rcvd: Apr 24, 2025                       Form ID: pdf900                            Total Noticed: 1

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                        :      **Chapter 13**


**Gregory Buchanan,**                         :

                        **Debtor.**           :      **Case No. 23-12406 (PMM)**
_____

<u>**ORDER**</u>

     **AND NOW**, upon consideration of the Debtor's Motion to Avoid Lien with Deerfield

Homeowners Association (doc. #84, the "Motion");

     AND a hearing with regard to the Motion having been held and concluded on April 24,

2025;

     And for the reasons discussed on the record at the hearing;

     It is hereby **ordered** that the Motion is **denied**.


Dated: 4/24/25

                              _____
                                **PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**