# United States Bankruptcy Court

Eastern District of Pennsylvania (Reading)

IN RE:    GREGORY BUCHANAN    CASE NO.: 23-12406
CHAPTER: 13

Debtors

**Change of address – Payment for Creditor**

As to Claim 3-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment has changed.

| Old Notifications address | New Notifications address |
|---|---|

| Old payment address | New payment address |
|---|---|
| Wells Fargo Auto | Wells Fargo Auto |
| PO Box 17900 | PO Box 51963 |
| Denver CO 80217-0900 | Los Angeles CA 90051-6263 |

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: bkchapter13@wellsfargo.com

09/24/2025                                     /s/Lisa Johnson
                                               Account Resolution Associate Manager
                                               Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

# Certificate of Service

Eastern District of Pennsylvania (Reading)

IN RE:   GREGORY BUCHANAN                      CASE NO:   23-12406
                                               CHAPTER:   13

　　　　Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 09/24/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
　Lisa Johnson
　Account Resolution Associate Manager

☐ By mail:
　[Name]
　[Address]

☐ By [Method of delivery]:
　[Name]
　[Address]


09/24/2025                              /s/Lisa Johnson
                                        Account Resolution Associate Manager
                                        Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto


FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.