United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12406-pmm |
| Gregory Buchanan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 23, 2026 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory Buchanan, 4 Chaser Court, Reading, PA 19607-9718 |
| 14806417 | + | U Drive Acpt, 1119 4th St, Sioux City, IA 51101-1900 |
| 14807928 | + | VILLAGE CAPITAL & INVESTMENT, LLC, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 24 2026 02:29:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 24 2026 02:30:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Apr 24 2026 02:28:54 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14806408 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 24 2026 02:29:20 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14806409 | + | Email/Text: BKPT@cfna.com | Apr 24 2026 02:29:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14806410 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 24 2026 02:28:55 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14812679 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 24 2026 02:29:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14806411 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 24 2026 02:30:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 14806858 | + | Email/Text: inchargehq@westcreekfin.com | Apr 24 2026 02:30:00 | Koalafi, 424 Hull Street Suite 600, Richmond, VA 23224-4114 |
| 14808411 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2026 02:29:01 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14819659 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 24 2026 02:29:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14806412 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 24 2026 02:29:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14806414 | + | Email/Text: bankruptcy@ncaks.com | Apr 24 2026 02:29:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 14810682 | | Email/Text: bnc-quantum@quantum3group.com | Apr 24 2026 02:29:00 | Quantum3 Group LLC as agent for, CF Medical |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 23, 2026 | Form ID: pdf900 | Total Noticed: 29 |

| | | | |
|---|---|---|---|
| | | | LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14806415 | Email/Text: joey@rmscollect.com | Apr 24 2026 02:30:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235 |
| 14806416 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2026 02:29:07 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14808616 | + Email/PDF: ebn_ais@aisinfo.com | Apr 24 2026 02:29:07 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14806742 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 24 2026 02:29:05 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |
| 14806418 | Email/Text: bk@villagecapital.com | Apr 24 2026 02:29:00 | Village Capital & Investments, Llc, Attn: Bankruptcy, 2550 Paseo Verde Parkway, Suite 100, Henderson, NV 89074 |
| 14815825 | ^ MEBN | Apr 24 2026 02:24:53 | Village Capital & Investment, 2460 Paseo Verde Parkway, Suite 110, Henderson, NV 89074-7136 |
| 14807848 | ^ MEBN | Apr 24 2026 02:24:24 | Village Capital & Investment, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14986468 | ^ MEBN | Apr 24 2026 02:24:28 | Village Capital & Investment, LLC, c/o STEVEN K. EISENBERG, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 15053971 | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Apr 24 2026 02:29:06 | Wells Fargo Auto, PO Box 51963, Los Angeles CA 90051-6263 |
| 14807990 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Apr 24 2026 02:28:55 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 14806419 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Apr 24 2026 02:29:05 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 14806420 | + Email/Text: inchargehq@westcreekfin.com | Apr 24 2026 02:30:00 | Westcreek Fi, Attn: Bankruptcy, Po Box 5518, Glen Allen, VA 23058-5518 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14806413 | *+ | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 25, 2026          Signature:          /s/Gustava Winters

District/off: 0313-4                          User: admin                                    Page 3 of 3
Date Rcvd: Apr 23, 2026                       Form ID: pdf900                              Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

BRENNA HOPE MENDELSOHN
         on behalf of Plaintiff Gregory Buchanan tobykmendelsohn@comcast.net

BRENNA HOPE MENDELSOHN
         on behalf of Debtor Gregory Buchanan tobykmendelsohn@comcast.net

DANIEL P. JONES
         on behalf of Creditor VILLAGE CAPITAL & INVESTMENT  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

MATTHEW K. FISSEL
         on behalf of Creditor VILLAGE CAPITAL & INVESTMENT  LLC bkgroup@kmllawgroup.com,
matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
         ECFMail@ReadingCh13.com

STEVEN K. EISENBERG
         on behalf of Creditor VILLAGE CAPITAL & INVESTMENT  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
         USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Gregory Buchanan

                  Debtor

Chapter 13

Bankruptcy No. 23-12406-PMM

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from  payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: April 23, 2026**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE